# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAFAEL GALAN-OLAVARRIA, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-mc-2 |
| | * | |
| v. | * | |
| | * | |
| VIC FLOURNOY, Warden, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's April 11, 2017 Report and Recommendation, dkt. no. 8, to which Plaintiff filed Objections, dkt. no. 9. Plaintiff's Objections concerning his subpoena request are simply a reiteration of his arguments already presented, which the Magistrate Judge correctly rejected. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ____6____ day of ___March___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA